```
JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111

Attorney for
ROBERT SALAZAR
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR F 11-354 LJO |
| Plaintiff, | NOTICE OF REQUEST |
| vs. | TO SEAL DOCUMENTS |
| | AND PROPOSED ORDER |
| ROBERT SALAZAR, | |
| Defendant. | |

Pursuant to Local Rule 141, Local Rules of the United States District Court for the Eastern District of California, Defendant ROBERT SALAZAR requests that the Court order the Exhibits submitted in support of his Motion to Suppress the Evidence Derived from Successive Wiretap Applications and Orders to be filed under seal.

Defendant's request to seal these documents is based on the

**James R. Homola**
Attorney at Law
2950 Mariposa St
  Suite 250
Fresno, CA 93721
(559) 441-7111

grounds that they contain confidential information related to probable cause for the issuance of the wiretaps, and are subject to previous orders of the court restricting their distribution or publication.

    The Exhibits will be submitted to the Court Clerk this date by hand delivery, in a three-ring binder.  Because these documents are currently already in the possession of all parties, are identified herein by Bates Number, are subject to a current order restricting their distribution, and since service would undermine the Court's control mechanism (pursuant to which discovery materials released to defendants are marked with the individual defendant's name), additional copies have not been served on the parties.

    It is respectfully requested that the Court grant Mr. SALAZAR's request to file the documents under seal.

DATED: June 19, 2013        Respectfully submitted,

/s/ James R. Homola
JAMES R. HOMOLA
Attorney for Defendant
ROBERT SALAZAR

\* \* \* \* \*

**James R. Homola**
Attorney at Law
2950 Mariposa St
  Suite 250
Fresno, CA 93721
(559) 441-7111

**O R D E R**

IT IS SO ORDERED.

Dated:   **June 20, 2013**               /s/  Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

**James R. Homola**
Attorney at Law
2950 Mariposa St
  Suite 250
Fresno, CA 93721
(559) 441-7111