# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT SALAZAR,<br><br>　　　　　Defendant. | Case No. 1:11-CR-00354-(41)-LJO<br><br>ORDER SETTING BRIEFING SCHEDULE RE ROBERT SALAZAR'S MOTION TO REDUCE SENTENCE |

On August 21, 2016, Defendant Robert Salazar ("Petitioner") filed a *pro se* motion to reduce his sentence pursuant to Title 18, United States Code, Section 3582(c)(2) ("Section 3582 Motion"). ECF No. 684. On August 30, 2016, the Federal Defender's Office ("FDO") filed a supplement to Defendant's motion. ECF No. 685. Accordingly, the Court sets forth the following briefing schedule. From the filing date of this Order, the Government shall have **30 days** to file an Opposition to Defendant's Section 3582 Motion. Thereafter, Defendant shall have **30 days** from the date of the Government's Opposition to file his Reply.

IT IS SO ORDERED.

　Dated:　**September 19, 2016**　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE